IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| AMERICAN NATIONAL GENERAL INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action Number **7:05-cv-1057-UWC** |
| vs. | ) ) | |
| WILLIAM J. BROWN, LITTLE BROWN TIMBER COMPANY, INC., and OTEE WILLIAMS, | ) ) ) ) | |
| Defendants. | | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

This Court makes the following findings of fact:

1. Plaintiff American National General Insurance Company properly filed its Complaint in this action on May 20, 2005.

2. Defendants William J. Brown and Little Brown Timber Company, Inc., were properly served with a copy of the summons and Complaint in this action on June 17, 2005.

3. Defendant Ottee Williams was properly served with a copy of the summons and Complaint in this action on June 20, 2005.

4. Defendants William J. Brown, Little Brown Timber Company, Inc., and Ottee Williams have failed to answer or otherwise plead to the Complaint

within the period of time fixed by law;

5. Plaintiff filed a motion for default judgment against Defendants William J. Brown, Little Brown Timber Company, Inc., and Ottee Williams on July 20, 2005.

6. Defendants William J. Brown, Little Brown Timber Company, Inc., and Ottee Williams are not incompetents, infants, or members of the United States Armed Services.

Based on these findings, Plaintiff American National General Insurance Company is entitled to judgment as a matter of law.

By separate order, Plaintiff's Motion for Default Judgment will be GRANTED.

Done this 29th day of July, 2005.

_____
U.W. Clemon
Chief United States District Judge